EASTERN DISTRICT
STATE OF NEW YORK

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

COURT DATE & TIME: AT
INDEX #: 24-CV-4369
DATE FILED:
Job #: 1800936
Client File# 10660-70134 LP

vs

*Plaintiff*

DANIEL RICCIARDI AND MARGARET RICCIARDI

*Defendant*

CLIENT'S FILE NO.: 10660-70134 LP

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

I Alan Feldman, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 7/17/2024 at 7:38 AM at 265 STATE ST APT 1007, BROOKLYN, NY 11201 deponent served the within SUMMONS IN A CIVI ACTION AND COMPLAINT WITH EXHIBITS on DANIEL RICCIARDI therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with Daniel Gorman CONCIERGE a person of suitable age and discretion at 265 STATE ST APT 1007, BROOKLYN, NY 11201 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 7/17/2024 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 265 STATE ST APT 1007, BROOKLYN, NY 11201
FIRST CLASS: | 265 STATE ST APT 1007, BROOKLYN, NY 11201

Said documents were conformed with index number endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 58, **Approx Weight:** 161-200 Lbs., **Approx Height:** 5" 9" - 6" 0", **Sex:** Male, **Approx Skin:** White, **Approx Hair:** Gray

**Other:** mustache and beard
Concierge called upstairs and they stated to leave with Concierge

Deponent spoke to Daniel Gorman
Inquired as to the DANIEL RICCIARDIs place of residence and received a positive reply and confirmed the above address of DANIEL RICCIARDI and asked whether DANIEL RICCIARDI was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the DANIEL RICCIARDI always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the DANIEL RICCIARDI is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 7/17/2024
Brett Pasternack
Notary Public State of NY
Suffolk County, Commission Expires

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2027

Alan Feldman
2058467

*Onpoint Process Serving, 18 Whitecliff Lane, Nesconset, NY 11767 2094996-DCA*

# AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

EASTERN DISTRICT
STATE OF NEW YORK

Index/Case #: 24-CV-4369

Court Date:

Filing Date:

Client: Rivkin Radler LLP

Attorney:

*Plaintiff*

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

*Defendant* VS

DANIEL RICCIARDI AND MARGARET RICCIARDI

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:

_____Alan Feldman_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of  ; deponent attempted to serve the within SUMMONS IN A CIVI ACTION AND COMPLAINT WITH EXHIBITS

Upon _____DANIEL RICCIARDI_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

7/12/2024 7:07:00 178 STATE ST, BROOKLYN, NY 11201 NO ANSWER AT DOOR
7/13/2024 5:25 PM 178 STATE ST, BROOKLYN, NY 11201 HOUSE IS UNOCCUPIED

Sworn to before me on 7/17/2024

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2027



Alan Feldman
2058467

Onpoint Process Serving, 18 Whitecliff Lane, Nesconset, NY 11767 2094996-DCA