AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Elise Hagouel Langsam*
*Attorney's signature*

_____
*Printed name and bar number*

217 Broadway, Suite 606, NY, NY 10007
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*