

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**M. PAUL GORFINKEL**
SENIOR COUNSEL
(516) 357-3288
paul.gorfinkel@rivkin.com

March 31, 2025

**VIA ECF**

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *State Farm Mutual Automobile Insurance Company v.*
           *Daniel Ricciardi et al.*
           Case No. 24-cv-04369-JAM
           Our File No.:  10660-70134

Dear Judge Marutollo:

Please accept this letter as a status report, per your order of March 28.

Please be advised that

- The parties have not engaged in settlement discussions; and

- Plaintiff State Farm requests a decision on the pending motions rather than a settlement conference. However, both defendants are amenable to a settlement conference before the Court.

I have the concurrence of defendants Daniel Ricciardi and Margaret Ricciardi in this letter.

66 South Pearl Street, 11th Floor    25 Main Street    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road
Albany, NY 12207-1533    Court Plaza North, Suite 501    Jacksonville, FL 32207-9047    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082    T 904.792.8925 F 904.467.3461    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777
                                 T 201.287.2460 F 201.489.0495

RIVKIN RADLER LLP

Hon. Joseph A. Marutollo
March 31, 2025
Page 2

Thank you for your attention.

                                                  Very truly yours,

                                                  RIVKIN RADLER LLP

                                                  *M. Paul Gorfinkel*

                                                  M. Paul Gorfinkel

cc: All counsel of record (via ECF)